Stipulation of party dismissal of Defendant Kate Siefert approved.

It is so ordered.
s/James G. Carr
Sr. U.S. District Court Judge

IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION FOR THE
NORTHERN DISTRICT OF OHIO

Erica Bojcic, et al., 

    Plaintiffs,

vs.

Mike DeWine, State of Ohio Gov., et al.

    Defendants

Case No.: 3:21-cv-00630

Judge James G. Carr

Notice of Dismissal of Defendant Kate Siefert, individually and as her official capacity as Health Commissioner, Director of Crawford County

Plaintiffs by and through their attorneys pursuant to Rule 1-041(1)(a), Federal Rules of Civil Procedure, do hereby dismiss this action as filed against Defendant, Kate Siefert, individually and as her official capacity as Health Commissioner, Director of Crawford County without prejudice.

RESPECTFULLY SUBMITTED

By: __/s/ Thomas Renz____
Thomas Renz, Esq. (98645)
1907 W State Street, #162
Freemont, OH 43420
(419) 35104248
renzlawllc@gmail.com

and

By: __/s/ Robert J. Gargasz____
Robert J. Gargasz (0007136)
1670 Cooper Foster Park Road
Lorain, OH 44053
(440) 960-1670
rjgargasz@gmail.com

ATTORNEYS FOR THE PLAINTIFFS

Proof of Service

A copy of the foregoing Notice of Dismissal of Defendant, Kate Siefert, individually and as her official capacity as Health Commissioner, Director of Crawford County has been filed in the above captioned matter this 30th day of May, 2021.

/s/ Robert J. Gargasz
Robert J. Gargasz (0007136)