Dismissal of Defendant Jeffrey A. Cooper, approved.

It is so ordered.
s/James G. Carr
Sr. U.S. District Court Judge

IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION FOR THE
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Erica Bojcic, et al., | Case No.:   3:21-cv-00630 |
| Plaintiffs, | Judge James G. Carr |
| vs. | |
| Mike DeWine, State of Ohio Gov., et al. | Notice of Dismissal of Defendant Jeffrey A. Cooper, individually and as his official capacity as Health Commissioner, Montgonery County Health Director, Montgomery County Public Health |
| Defendants | |

Plaintiffs by and through their attorneys pursuant to Rule 1-041(1)(a), Federal Rules of Civil Procedure, do hereby dismiss this action as filed against Jeffrey A. Cooper, individually and as his official capacity as Health Commissioner, Montgomery County Health Director, Montgomery County Public Health without prejudice.

RESPECTFULLY SUBMITTED

By: __/s/ Thomas Renz____
Thomas Renz, Esq. (98645)
1907 W State Street, #162
Freemont, OH 43420
(419) 35104248
renzlawllc@gmail.com

and

By:__/s/ Robert J. Gargasz____
Robert J. Gargasz (0007136)
1670 Cooper Foster Park Road
Lorain, OH 44053
(440) 960-1670
rjgargasz@gmail.com

ATTORNEYS FOR THE PLAINTIFFS

<u>Proof of Service</u>

    A copy of the foregoing Notice of Dismissal of Jeffrey A. Cooper, individually and as his official capacity as Health Commissioner, Montgomery County Health Director, Montgomery County Public Health has been filed in the above captioned matter this _____ day of June, 2021.

                                                                                      _/s/ Robert J. Gargasz_____
                                                                                      Robert J. Gargasz (0007136)