No. 24-3537

ERICA BOJICIC, et al.,

    Plaintiffs,

v.

RICHARD MICHAEL DEWINE, et al.,

    Defendants,

DONNA SKODA; DAVID COVELL; JOSEPH MAZZOLA; PETER SCHADE; KIRKLAND NORRIS; ERIC ZGODZINSKI,

    Defendants/Movants - Appellees,

THOMAS RENZ; ROBERT J. GARGASZ,

    Respondents - Appellants.

**FILED**
Jul 30, 2025
KELLY L. STEPHENS, Clerk

Before: BOGGS, MOORE, and GRIFFIN, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Northern District of Ohio at Toledo.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk