UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

———————

No: 24-3537

———————

Filed: August 21, 2025

ERICA BOJICIC, et al.,

3:21-cv-00630-JGC

       Plaintiffs

v.

RICHARD MICHAEL DEWINE, et al.,

       Defendants – Appellees

THOMAS RENZ; ROBERT J. GARGASZ

       Respondents - Appellants

## MANDATE

Pursuant to the court's disposition that was filed 07/30/2025 the mandate for this case hereby issues today.   Affirmed.

COSTS:  None